# Court of Appeals
# of the State of Georgia

ATLANTA,  April 15, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1267. GEORGE ALEXANDER et al. v. RANSOM RABUN.**

After the magistrate court entered judgment and a writ of possession against them, George Alexander and Kezhia Blanks filed a petition for review in the state court. The state court dismissed the petition as untimely, and Alexander and Blanks now appeal directly to this Court. We lack jurisdiction.

Appeals from state court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). The failure of Alexander and Blanks to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  04/15/2024*

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*